UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Raymond D. Bushner,

    Plaintiff,

    v.

Allan Szoke, *et al.*,

    Defendants.

Case No. 2:23-cv-3623

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") in this prisoner civil rights case, recommending that the Court grant Defendants' pending motion for summary judgment. R&R, ECF No. 31. The R&R notified Plaintiff of his right to object to that recommendation, of the deadline for doing so, and that a failure to object would forfeit his right to *de novo* review by the Undersigned as well as his right to appeal the Undersigned's adoption of the R&R. *Id.* at 14. Plaintiff failed to object, so the Court **ADOPTS** the R&R without conducting a *de novo* review and **GRANTS** Defendants' motion for summary judgment, ECF No. 26. The Clerk **SHALL** enter judgment in favor of Defendants and close this case.

    IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT